UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SUSAN RUSCHER <br><br> Relator, <br><br> v. <br><br> OMNICARE, INC. ET AL, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. <br> ) 1:15-MI-0018-TWT-WEJ <br> ) <br> ) <br> ) <br> ) |

**RELATOR SUSAN RUSCHER'S STATUS REPORT REGARDING
ALTACARE'S PRODUCTION OF DOCUMENTS**

Relator Susan Ruscher files this status report in compliance with the Court's August 4, 2015 Order [Doc. 28] on the parties' Joint Motion to Stay Relator Susan Ruscher's Motion to Compel Response to Subpoena Duces Tecum [Doc. 27]:

- On July 30, 2015, AltaCare produced ten documents responsive to Relator's subpoena.

- On September 2, 2015, AltaCare produced several more documents responsive to Relator's subpoena. Relator's counsel and counsel for AltaCare conferred as to whether there would be any additional production, and none is expected at this time.

- Relator hereby withdraws her Motion to Compel AltaCare's Response to Relator's Subpoena Duces Tecum [Doc. 1].

Respectfully submitted, this <u>3rd</u> day of September, 2015.

<u>/s/ Stacey Godfrey Evans</u>
Stacey Godfrey Evans
stacey@sgevanslaw.com
State Bar No. 298555
**S.G. EVANS LAW, LLC**
1180 West Peachtree Street
Suite 2400
Atlanta, Georgia 30309
404-891-1404
678-868-1230 (fax)

<u>/s/ Rachel L. Grier</u>
Rachel L .Grier (admitted *pro hac vice*)
**BERG & ANDROPHY**
3704 Travis Street
Houston, Texas 77002
Telephone (713) 529-5622
Facsimile (713) 529-3785
*Counsel for Relator Susan Ruscher*

## CERTIFICATE OF COMPLIANCE WITH RULE 5.1(C)

I hereby certify that the text of this STATUS REPORT REGARDING ALTACARE'S PRODUCTION OF DOCUMENTS has been prepared with Times New Roman font, 14 point, and therefore it complies with the requirements of L.R.5.1(C).

This 3rd day of September, 2015.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2015, I electronically filed the foregoing STATUS REPORT REGARDING ALTACARE'S PRODUCTION OF DOCUMENTS with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

This 3rd day of September, 2015.

/s/ Stacey Godfrey Evans
Stacey Godfrey Evans